# Court of Appeals
# of the State of Georgia

ATLANTA, February 22, 2017

*The Court of Appeals hereby passes the following order:*

**A17A0716. PAUL BARTON v. THE STATE.**

The appeal in this case was docketed on November 28, 2016. On December 20, 2016, this Court ordered the appellant to file an enumeration of errors and a brief no later than December 30, 2016.

Appellant, who is proceeding pro se, filed a motion to withdraw his appeal, contending that, due to uncontrollable circumstances, he did not receive any notice that his appeal was docketed in this Court until January 3, 2017. Consequently, on January 13, 2017, this Court again ordered Appellant to file his enumeration of errors and a brief no later than February 13, 2017.

To date, Appellant has not filed his enumeration or errors and brief. Appellant's motion to withdraw his appeal is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 02/22/2017
*I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
*Witness my signature and the seal of said court* hereto affixed the day and year last above written.

_____ , *Clerk.*